1  ALEXANDER F. STUART - CA Bar No. 96141
   afs@wsblaw.net
2  WILLOUGHBY, STUART & BENING, INC.
   50 W. San Fernando Street, Suite 400
3  San Jose, CA 95113
   Telephone: 408-289-1972
4  Facsimile: 408-295-6375

5  Attorneys for Plaintiff, COASTAL
   GREEN VEGETABLE COMPANY, LLC
6

7              UNITED STATES DISTRICT COURT

8            NORTHERN DISTRICT OF CALIFORNIA

9

10 COASTAL GREEN VEGETABLE          )  CASE NO.: 5:12-cv-05176 EJD
   COMPANY, LLC, a California limited )
11 liability company,               )
                                    )  **STIPULATION AND ORDER**
12          Plaintiff,              )  **EXTENDING TIME FOR DEFENDANT**
                                    )  **LIBERTY SURPLUS INSURANCE**
13     vs.                          )  **CORPORATION TO FILE A**
                                    )  **RESPONSIVE PLEADING**
14 TRAVELERS PROPERTY CASUALTY      )
   COMPANY OF AMERICA, a Connecticut )
15 corporation, LIBERTY SURPLUS     )
   INSURANCE CORPORATION, a New     )
16 Hampshire corporation, and DOES 1 through )
   100, inclusive,                  )
17                                  )
                                    )
18          Defendants             )
                                    )
19 _____)

20        Pursuant to Local Rule 6-1(a) of the United States District Court, Northern District of

21 California, IT IS HEREBY STIPULATED by and between Plaintiff COASTAL GREEN

22 VEGETABLE COMPANY, LLC and Defendant LIBERTY SURPLUS INSURANCE

23 CORPORATION, that Defendant LIBERTY SURPLUS INSURANCE CORPORATION has

24 until November 28, 2012 to answer, plead, move, or otherwise respond (without prejudice to, and

25 including but not limited to, objections to personal jurisdiction and venue) to the Complaint in

26 order to accommodate settlement negotiations.

27

28

---

STIPULATION AND ORDER EXTENDING TIME
FOR DEFENDNAT TO FILE RESPONSIVE PLEADING
                                              - 1 –

Dated: November 8, 2012      RIMAC & MARTIN, P.C.

WILLIAM REILLY
Attorneys for Defendant,
LIBERTY SURPLUS INSURANCE
CORPORATION

Dated: November 8, 2012      WILLOUGHBY, STUART & BENING

ALEXANDER F. STUART
Attorneys for Plaintiff,
COASTAL GREEN VEGETABLE
COMPANY, LLC

**ORDER**

It is so ordered.

DATED: November 13, 2012

The Honorable Edward J. Davila
United States District Judge

STIPULATION AND ORDER EXTENDING TIME
FOR DEFENDNAT TO FILE RESPONSIVE PLEADING