ALEXANDER F. STUART - CA Bar No. 96141
afs@wsblaw.net
WILLOUGHBY, STUART & BENING, INC.
50 W. San Fernando Street, Suite 400
San Jose, CA 95113
Telephone: 408-289-1972
Facsimile: 408-295-6375

Attorneys for Plaintiff, COASTAL
GREEN VEGETABLE COMPANY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COASTAL GREEN VEGETABLE COMPANY, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation, LIBERTY SURPLUS INSURANCE CORPORATION, a New Hampshire corporation, and DOES 1 through 100, inclusive,<br><br>Defendants | CASE NO.: 5:12-cv-05176 EJD<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT LIBERTY SURPLUS INSURANCE CORPORATION TO FILE A RESPONSIVE PLEADING** |

Pursuant to Local Rule 6-1(a) of the United States District Court, Northern District of California, IT IS HEREBY STIPULATED by and between Plaintiff COASTAL GREEN VEGETABLE COMPANY, LLC and Defendant LIBERTY SURPLUS INSURANCE CORPORATION, that Defendant LIBERTY SURPLUS INSURANCE CORPORATION has until November 28, 2012 to answer, plead, move, or otherwise respond (without prejudice to, and including but not limited to, objections to personal jurisdiction and venue) to the Complaint in order to accommodate settlement negotiations.

1

2  Dated: November 8, 2012               RIMAC & MARTIN, P.C.

3

4                                       _____
                                        WILLIAM REILLY
5                                       Attorneys for Defendant,
                                        LIBERTY SURPLUS INSURANCE
6                                       CORPORATION

7

8

9  Dated: November 8, 2012               WILLOUGHBY, STUART & BENING

10

11                                       _____
                                         ALEXANDER F. STUART
12                                       Attorneys for Plaintiff,
                                         COASTAL GREEN VEGETABLE
13                                       COMPANY, LLC

14

15                                       **ORDER**

16  It is so ordered.

17

18  DATED: November 13, 2012             _____
                                         The Honorable Edward J. Davila
19                                       United States District Judge

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER EXTENDING TIME
FOR DEFENDNAT TO FILE RESPONSIVE PLEADING