ALEXANDER F. STUART - CA Bar No. 96141
afs@wsblaw.net
WILLOUGHBY, STUART & BENING, INC.
50 W. San Fernando Street, Suite 400
San Jose, CA 95113
Telephone: 408-289-1972
Facsimile:  408-295-6375

Attorneys for Plaintiff, COASTAL
GREEN VEGETABLE COMPANY, LLC

IT IS SO ORDERED
Judge Edward J. Davila
12/21/2012

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COASTAL GREEN VEGETABLE COMPANY, LLC, a California limited liability company,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation, LIBERTY SURPLUS INSURANCE CORPORATION, a New Hampshire corporation, and DOES 1 through 100, inclusive,<br><br>　　　　　　Defendants | CASE NO.: 5:12-cv-05176  EJD<br><br>**STIPULATION OF DISMISSAL** |

　　　IT IS HEREBY STIPULATED by and between the parties to this action through designated counsel that the above-captioned action be dismissed with prejudice pursuant to FRCP 41 (a) (1).  All parties shall bear their own costs and attorney's fees.

　　　The Clerk shall close this file.

Dated: December 19, 2012　　　　　WILLOUGHBY, STUART & BENING

　　　　　　　　　　　　　　　　　　/s/ Alexander F. Stuart
　　　　　　　　　　　　　　　　　　ALEXANDER F. STUART
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff,
　　　　　　　　　　　　　　　　　　COASTAL GREEN VEGETABLE
　　　　　　　　　　　　　　　　　　COMPANY, LLC

Dated: December 19, 2012          GREENAN PEFFER SALLANDER & LALLY LLP


    /s/ Robert L. Sallander
ROBERT L. SALLANDER
Attorneys for Defendant,
TRAVELRS PROPERTY CASUALTY
COMPANY OF AMERICA


Dated: December 19, 2012          RIMAC & MARTIN, P.C.


    /s/ William Reilly
WILLIAM REILLY
Attorneys for Defendant,
LIBERTY SURPLUS INSURANCE
CORPORATION